UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD L. MERAS, | ) | 1:07-CV-00400 JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION TO FILE |
| | ) | NOTICE OF APPEAL WITHOUT AMOUNT |
| v. | ) | OF CORRECT COPIES [Doc. 28] |
| | ) | |
| D. K. SISTO, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 26, 2009, Petitioner filed a motion with this Court requesting that the Court allow him to file a notice of appeal without the amount of copies required. As Petitioner has filed his notice of appeal, the notice was served on Respondent, and the appeal has been processed to the Ninth Circuit, the Court deems Petitioner's motion to be unnecessary and moot. Consequently, Petitioner's motion is DENIED.

**IT IS SO ORDERED.**

Dated:   **March 2, 2009**          /s/ John M. Dixon
                                    **UNITED STATES MAGISTRATE JUDGE**